UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

JOSEPH ORTIZ, ON BEHALF OF HIMSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

                Plaintiff,

                v.

PEPPERDINE UNIVERSITY,

                Defendant.

---------------------------------------------------------------x

No.: 1:22-cv-832

ECF CASE

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, JOSEPH ORTIZ, and Defendant, PEPPERDINE UNIVERSITY, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
       April 17, 2023

GOTTLIEB & ASSOCIATES

_/s/ Jeffrey M. Gottlieb_
Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, NY 10003
Phone: (212) 228-9795
Fax: (212) 982-6284
Jeffrey@Gottlieb.legal

*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

_/s/ Jennifer S. Rusie_
Jennifer S. Rusie, Esq.
611 Commerce Street Suite 3102
Nashville, TN 37203
Phone: 615-483-5702
Fax:
Jennifer.Rusie@jacksonlewis.Com

*Attorney for Defendant*